Matthew J. Faust, Cal. State Bar No. 254145 (*Pro Hac Vice Pending*)
SHARIF | FAUST LAWYERS, LTD.
1010 Second Ave, 24th Floor
San Diego, CA  92101
Telephone:  (619) 233-6600
Facsimile:   (619) 233-6602
Faust@Shariffaust.com

Attorneys for Defendant
UFC Ultimate Fitness Center, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ZUFFA, LLC, a Nevada Limited Liability Company,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>UFC ULTIMATE FITNESS CENTER, LLC, a California Limited Liability Company,<br><br>　　　　　　Defendant. | Case No.: **3:13-CV-02219-MMD-(PAL)**<br><br>DEFENDANT UFC ULTIMATE FITNESS CENTER, LLC'S NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(B)(2)<br><br>Judge:  Hon. Jennifer A. Dorsey<br><br>**HEARING/ORAL ARGUMENT REQUESTED** |

**TO PLAINTIFFS AND TO THEIR ATTORNEYS OF RECORD:**

　　**PLEASE TAKE NOTICE** that Defendant UFC ULTIMATE FITNESS CENTER, LLC ("UFC") will and hereby does move the above-entitled Court for an order, pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, for dismissal of Defendant UFC

from this action because the Court does not have personal jurisdiction as the UFC has not maintained minimum contacts with the state of Nevada.

This Motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Rob Hueso, all pleadings and papers on file in this action, and upon such other matters as may be presented to the Court at the time of the hearing.

                                      Respectfully submitted,
                                      SHARIF | FAUST LAWYERS, LTD.

Dated:      19 March 2014      BY:      /s/ Matthew J. Faust
                                                MATTHEW J. FAUST
                                                Attorneys for Defendant s
                                                UFC Ultimate Fitness Center, LLC