UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Zuffa, LLC,

    Plaintiff,

    v.

UFC Ultimate Fitness Center, LLC, ,

    Defendant.

Case No.: 2:13-cv-1927-JAD-PAL

**Order Granting Motion to Dismiss [Doc. 44]**

For the reasons stated on the record during the August 11, 2014, hearing on defendant UFC Ultimate Fitness Center, LLC's Motion to Dismiss (Doc. 44), IT IS HEREBY ORDERED that the motion is GRANTED. This case is dismissed without prejudice ~~as to Zuffa, LLC~~ for lack of personal jurisdiction.

DATED August 11, 2014.

_____
Jennifer A. Dorsey
United States District Judge